FILED'11 JUN 8 13:29USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD E. JOHNSON, JR.,

       Civ. No. 10-3131-CL

      Plaintiff,

    v.                      **ORDER**

PROFESSIONAL LIABILITY FUND;
and CARL POST, OSB #06158,

      Defendants.

---

**PANNER, District Judge:**

Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no
objections have been filed, this court reviews the legal
principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d
1202, 1206 (9th Cir. 1983).

1 - ORDER

I have given this matter *de novo* review. I find no error. I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

**CONCLUSION**

Magistrate Judge Clarke's Report and Recommendation (#11) is adopted. Defendants' motion to dismiss (#7) is GRANTED. Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this _8_ day of June, 2011.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER